# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## KA 19-43


## STATE OF LOUISIANA

## VERSUS

## WILL ANTONIO CELESTINE


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 20529-17
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and John E. Conery, Judges.


**CONVICTION AND SENTENCE VACATED;
REMANDED FOR NEW TRIAL.**

**John Foster DeRosier, District Attorney**
**Karen C. McLellan, Assistant District Attorney**
**Fourteenth Judicial District**
**P. O. Box 3206**
**Lake Charles, LA 70602-3206**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
      **State of Louisiana**

**Mary Constance Hanes**
**P.O. Box 4015**
**New Orleans, LA 70178**
**(504) 866-6652**
**COUNSEL FOR DEFENDANT/APPELLANT:**
      **Will Antonio Celestine**

**Jeffrey M. Landry, Attorney General**
**J. Taylor Gray, Assistant Attorney General**
**P.O. Box 94005**
**Baton Rouge, LA 70804**
**(225) 326-6200**
**COUNSEL FOR OTHER APPELLEE:**
      **Attorney General of the State of Louisiana**

**EZELL, Judge.**

On January 8, 2018, Defendant, Will Antonio Celestine, was adjudicated a fourth felony offender for the offense of attempted illegal use of a weapon and sentenced to life imprisonment without benefit of probation, parole, or suspension of sentence. On appeal, Defendant alleged trial counsel rendered ineffective assistance at sentencing because he failed to file a motion to reconsider Defendant's sentence and/or seek a downward departure from the mandatory life sentence, and his sentence was excessive. This court affirmed Defendant's sentence. *State v. Celestine*, 19-43 (La.App. 3 Cir. 10/2/19), 281 So.3d 14.

On June 3, 2020, the supreme court granted Defendant's writ application in *State v. Celestine*, 19-1966 (La. 6/3/20), 296 So.3d 1044, and remanded the case for further proceedings. For the reasons set forth in *State v. Celestine*, 19-42 (La.App. 3 Cir. __/__/__), ___ So.3d ___, Defendant's sentence is vacated, and the case is remanded for a new trial.

**CONVICTION AND SENTENCE VACATED; REMANDED FOR NEW TRIAL.**